AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
| v. | ) |
| Dario Euloxio Ruiz | ) Case No: 08 Cr. 1284-01 (PGG) |
| | ) USM No: 49032-112 |
| Date of Previous Judgment: March 27, 2009 | ) Robert M. Helfend |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __210 months__ months **is reduced to** __168 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35           Amended Offense Level: 33
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 210 to 262 months    Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __3/27/2009__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 27, 2020

*Paul's signature*
Judge's signature

Effective Date: June 10, 2020         Hon. Paul G. Gardephe, U.S.D.J.
(if different from order date)                Printed name and title